**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

BYRON BREEZE, *on behalf of himself,*
*and all similarly situated individuals*,

                    Plaintiff,

         v.

SHK MANAGEMENT, INC.,
*a Pennsylvania Corporation,*

                    Defendant.

---------------------------------------------------------x

CASE NO.: 1:19-cv-02234-GHW

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, BYRON BREEZE,

by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with

Prejudice of Defendant, SHK MANAGEMENT, INC.

DATED:      May 7, 2019

                    Respectfully Submitted,

                    LAW OFFICES OF NOLAN KLEIN
                    *Attorneys for Plaintiff*
                    5550 Glades Road, Ste. 500
                    Boca Raton, FL 33431
                    PH:     (954) 745-0588

                By:   */s/ Hector Ramirez*
                    HECTOR RAMIREZ, ESQ.
                    (HR3270)
                    ramirez@nklegal.com

                    ~and~

**Bashian & Papantoniou, P.C.**
*Attorneys for Plaintiff*
500 Old Country Road, Ste. 302
Garden City, NY 11530
Tel:     (516) 279-1554;
Fax:     (516) 213-0339


*By:  /s/ Erik M. Bashian*
**ERIK M. BASHIAN, ESQ. (EB7326)**
eb@bashpaplaw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing instrument was e-filed with the Clerk

of the Court using CM/ECF, this **7th** day of **May,** 2019.

By:  */s/ Hector Ramirez*
HECTOR RAMIREZ, ESQUIRE

## SERVICE LIST:

**ADAM E. COLLYER, ESQ.**
**REBECCA GOLDSTEIN, ESQ.**
LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water Street, Suite 2100
New York, NY 10005
Ph: 212-232-1300
Adam.collyer@lewisbrisbois.com
Rebecca.goldstein@lewisbrisbois.com
*Attorneys for Defendant*

2